# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**VINCENT HUSSEY**　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #109212**

VS.　　　　　　　　NO. 5:10CV00327-JLH-BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**　　　　　　　　　　　　**RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the objection to the recommendation filed by Vincent Hussey, and a *de novo* review of the record, the Court adopts the recommendation. Petitioner Vincent Hussey's Petition for Writ of Habeas Corpus (docket entry #1) is dismissed, with prejudice.

IT IS SO ORDERED this 1st day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE