## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**VINCENT HUSSEY**                                                                                          **PETITIONER**
**ADC #109212**

**VS.**                                   **NO. 5:10CV00327-JLH-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

Consistent with the Court's Order entered this date, judgment is hereby entered dismissing Vincent Hussey's petition for writ of habeas corpus.

IT IS SO ORDERED this 1st day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE